840 A.2d 988

**Honorable David COHEN, Appellant,**

**v.**

**The CITY OF PHILADELPHIA and Honorable John F. Street and Commonwealth of Pennsylvania, Mike Fisher, Attorney General and Honorable Tom Ridge and Philadelphia Authority for Industrial Development and the Philadelphia Eagles, Limited Partnership and The Phillies, Inc., Appellees.**

Supreme Court of Pennsylvania.

Nov. 25, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of November, 2003, the Order of the Commonwealth Court is **AFFIRMED.**